# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT BOWLING GREEN

**WILLIAM B. WALKER**                                                     **PETITIONER**

v.                                                     **CIVIL ACTION NO. 1:02CV-P164-M**

**JOHN MOTLEY, WARDEN**                                      **RESPONDENT**

## MEMORANDUM AND ORDER

This matter is before the Court on *pro se* Petitioner William B. Walker's third motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b) (DN 42) and his second motion to amend/correct the complaint pursuant to Fed. R. Civ. P. 15 (DN 43).

Petitioner raises arguments previously asserted in his prior motions for relief (DNs 33, 35 & 39) and which the Court denied as being without merit (DNs 36 & 41). Finding no new basis upon which to grant the relief requested, **IT IS ORDERED** that the newly filed motion for relief pursuant to Fed. R. Civ. P. 60(b) (DN 42) is **DENIED**. Because the Court is satisfied that no jurists of reason would find its ruling debatable or wrong, *see Slack v. McDaniel*, 529 U.S. 473, 484 (2000); 28 U.S.C. § 2253(c)(2), **IT IS ORDERED** that a certificate of appealability is **DENIED**.

Further, because "[a]mendments after judgment should only be allowed if the standards under Rule 59(e) or 60(b) are met," *Russell v. GTE Gov't Sys. Corp.*, 141 F. App'x 429, 436 (6th Cir. 2005), **IT IS ORDERED** that the motion to amend or correct the petition (DN 43) is **DENIED**.

The Court **WARNS** Petitioner that if he persists in his attempts to file redundant motions or other papers in this closed action, the Court shall order the Clerk to return future filings to Petitioner.

Date:


cc: Petitioner, *pro se*
 Counsel of record
4414.005